UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| | |
|---|---|
| HARUNA KIBUNDILA MALIANI, as Next of Kin of RIGOBERT KIBUNDILA MALIANI, Deceased.<br><br>Plaintiff,<br><br>v.<br><br>VANDERBILT UNIVERSITY MEDICAL CENTER, et al.,<br><br>Defendants. | No. 3:10-0235<br>JUDGE HAYNES |

## ORDER

In accordance with the Memorandum filed herewith, the Vanderbilt Defendants' motion to dismiss (Docket Entry No. 3), the Kindred Defendants' motion to dismiss (Docket Entry No. 5), and Drs. Snigdha S. Priyadarshi's and Wayne E. Moore's motion to dismiss (Docket Entry No. 10) are **GRANTED**. The Kindred Defendants' motion to dismiss for insufficiency of service of process (Docket Entry No. 37) is **DENIED as moot**. This action is **DISMISSED with prejudice.**

This is the Final Order in this action.

It is so **ORDERED**.

ENTERED this the ___ day of October, 2010.

WILLIAM J. HAYNES, JR.
United States District Judge

1